IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  KIMBERLY HULTGREN | : | Bankruptcy No.  17-11044 |
|          Debtor | : | |
| | : | Chapter 7 |
| KIMBERLY HULTGREN | : | |
| Movant | : | |
| | : | Related to Document No.  16 |
|         v. | : | |
| | : | |
| No Respondents | : | |
| Respondent (if none, then "No Respondent") | : | |

CERTIFICATE OF SERVICE

    I hereby certify that I served a true and correct copy of the Court's Order dated October 19, 2017 in the above referenced case on the following creditor on October 25, 2017, via regular United States Mail, postage prepaid.

    National Fuel
    1100 State Street
    Erie, PA  16512

    /s/ Tina M. Fryling
    Tina M. Fryling, Esq.
    Attorney for Debtor
    4402 Peach Street, Suite 3
    Erie, PA  16509
    (814) 450 5161