**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17–11044–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Kimberly Hultgren
  705 HIlltop Road
  Erie, PA 16509

Social Security No.:
  xxx–xx–6699

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Tina M. Fryling<br>4402 Peach Street, Suite 3<br>Erie, PA 16509<br>Telephone number:  814 450 5161 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 23, 2018<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 23, 2018<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/13/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-11044-TPA
Kimberly Hultgren                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy            Page 1 of 1           Date Rcvd: Nov 13, 2017
                              Form ID: rsc13        Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db             +Kimberly Hultgren,    705 HIlltop Road,     Erie, PA 16509-2263
14703102       +AES,    PO BOX 2461,    Harrisburg, PA 17105-2461
14703103       +MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14704257       +MOHELA on behalf of MDHE,    2401 International Lane,    Madison, WI 53704-3121
14721446       +National Collegiate Student Loan Trust 2003-1,     Po Box 4275,    Norcross, GA 30091-4275
14724565       +Northstar Education Finance,    209 Churchill St. W., Suite 105,    Stillwater, MN 55082-6216
14721067       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14703106        PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
14703105        Penelec,    PO Box 3687,    Akron, OH 44309-3687
14711291        T.H.E. LOAN PROGRAM USB AS TRUSTEE,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2017 02:21:50       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
14711742       +E-mail/Text: Bankruptcy@natfuel.com Nov 14 2017 02:22:07       National Fuel,   1100 State Street,
                 Erie, PA 16501-1912
14712680        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 02:27:47
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14703104        ##Navient,    300 Continental Dr,    Newark, DE 19713-4322
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Debtor Kimberly  Hultgren tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                             TOTAL: 4
```