FILED
5/14/18 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

  Debtor: Kimberly Hultgren
  Case Number: 17-11044      Chapter: 13
  Date / Time / Room: May 8, 2018 at 9:30 a.m., Bankruptcy Courtroom
  Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*   #7 - Final Confirmation of Plan dated 10/3/17 (NFC)
    +Obj. by PNC Bank, N.A.

### *Appearances:*

  Debtor: Foster [handwritten]
  Trustee: Winnecour / Katz / Pail
  Creditor:

[handwritten: No pmts ever]

### *Proceedings:*

[handwritten note: The Trustee requests dismissal without prejudice, and debtor(s)' counsel has no objection to dismissal.]

  Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
  Objections are due on or before _____ .
  A hearing on the Amended Plan is set for _____ at _____ .

9. _____ Other:

### *For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____