Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kimberly Hultgren** | : | Case No. 17–11044–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per May 8, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 14th of May, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above-captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
United States Bankruptcy Court
Western District of Pennsylvania
```

In re:                                                                          Case No. 17-11044-TPA
Kimberly Hultgren                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson                Page 1 of 1              Date Rcvd: May 14, 2018
                              Form ID: 309              Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db         +Kimberly Hultgren,    705 HIlltop Road,    Erie, PA 16509-2263
14703102   +AES,    PO BOX 2461,    Harrisburg, PA 17105-2461
14747314    GLHEC on behalf of Great Lakes Higher Ed Guar Corp,    PO Box 8961,    Madison WI 53708-8961
14703103   +MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14704257   +MOHELA on behalf of MDHE,    2401 International Lane,    Madison, WI 53704-3121
14721446   +National Collegiate Student Loan Trust 2003-1,    Po Box 4275,    Norcross, GA 30091-4275
14814471   +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    PO Box 8147,
             Harrisburg, PA. 17105-8147
14724565   +Northstar Education Finance,    209 Churchill St. W., Suite 105,    Stillwater, MN 55082-6216
14721067   +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14703106    PNC Bank,    PO Box 1820,    Dayton, OH 45401-1820
14762171   +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
14768659   +Penelec,    c/o FirstEnergy,    101 Crawford's Corner Rd., Bldg #1,    Suite 1-511,
             Holmdel, NJ 07733-1976
14703105    Penelec,    PO Box 3687,    Akron, OH 44309-3687
14711291    T.H.E. LOAN PROGRAM USB AS TRUSTEE,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON WI 53708-8973
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14762581    EDI: RESURGENT.COM May 15 2018 05:33:00      LVNV Funding, LLC its successors and assigns as,
             assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
14752077   +EDI: MID8.COM May 15 2018 05:33:00      MIDLAND FUNDING LLC,    PO BOX 2011,
             WARREN, MI 48090-2011
14711742   +E-mail/Text: Bankruptcy@natfuel.com May 15 2018 01:37:20      National Fuel,    1100 State Street,
             Erie, PA 16501-1912
14712680    EDI: PRA.COM May 15 2018 05:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
             Norfolk VA 23541
14745934    EDI: AIS.COM May 15 2018 05:33:00      Verizon,    by American InfoSource LP as agent,
             PO Box 248838,    Oklahoma City, OK   73124-8838
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NATIONAL ASSOCIATION
14703104       ##Navient,    300 Continental Dr,    Newark, DE 19713-4322
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tina M. Fryling    on behalf of Debtor Kimberly  Hultgren tinafryling@gmail.com,
               tfryling@mercyhurst.edu;r53088@notify.bestcase.com
                                                                                             TOTAL: 4
```